# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAWRENCE L. LENTZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DORE & ASSOCIATES CONTRACTING, )<br>INC., et al., )<br>)<br>Defendants. ) | 8:06CV289<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on March 28, 2006, a letter (filing # 8) was sent to attorney Scot M. Bonnesen from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and pay the court's annual assessment within fifteen (15) days.

As of April 25, 2006, Mr. Bonnesen had not complied with these requirements.

**IT IS ORDERED** that, on or before May 11, 2006, attorney Scot M. Bonnesen shall register for the System and pay the annual assessment or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED** April 26, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**