IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAWRENCE L. LENTZ and MARIANN LENTZ, Individually, and as Natural Parents and Next Friends of RACHEL LENTZ, LAWRENCE LENTZ, JR., a Minor, BRANDON LENTZ, a Minor, BRENDA LENTZ, a Minor, URSULA, LENTZ, a Minor, CODY LENTZ, a Minor, AND SHANE LENTZ, a Minor,

      Plaintiffs,

  v.

DORE & ASSOCIATES CONTRACTING, INC., and TEMPS UNLIMITED OF NEBRASKA, LLC,

      Defendants.

8:06CV289

ORDER

This matter is before the court on the parties' JOINT MOTION TO EXTEND DEADLINES [29]. For good cause shown,

**IT IS ORDERED** that the motion [29] is granted, and the deadlines set forth in paragraphs 1 and 5 of the Final Progression Order [25] are extended as follows:

    a. The deadline for completion of depositions for summary judgment purposes is extended to **December 17, 2006**; and

    b. The deadline for filing of motions for summary judgment is extended to **January 4, 2007.**

**DATED November 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**